**STATE v. WOODARD**

[365 N.C. 464 (2012)]

STATE OF NORTH CAROLINA v. CHRISTOPHER JAMES WOODARD

No. 183PA11

(Filed 9 March 2012)

On discretionary review pursuant to N.C.G.S. § 7A 31 of a unanimous decision of the Court of Appeals, —— N.C. App. ——, 709 S.E.2d 430 (2012), finding no error in judgments entered on 28 April 2010 by Judge James U. Downs in Superior Court, Avery County. Heard in the Supreme Court on 13 February 2012.

*Roy Cooper, Attorney General, by Allison A. Angell, Assistant Attorney General, for the State.*

*Mary March Exum for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.